JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS PADRES FORESTWATCH, a California nonprofit corporation, <br><br>            Plaintiff, <br><br>    v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br>            Defendants. | Case No. CV 18-6958 MWF (MAAx) <br><br> JUDGMENT OF DISMISSAL |

Based on the Joint Stipulation of Plaintiff, Los Padres ForestWatch, and Defendants, the U.S. Forest Service, the U.S. Fish and Wildlife Service, and Kevin Elliot and Steve Henry in their official capacities, and for good cause, IT IS HEREBY ORDERED THAT:

1.    The Joint Stipulation to Dismiss Litigation and Extend Fees and Costs Timelines is APPROVED.

2.    Claim 1 against Defendants U.S. Forest Service and Forest Service official Kevin Elliot for alleged violations of the National Forest Management Act is dismissed without prejudice.

3.    Claims 2, 3, and 4 against Defendants U.S. Forest Service, U.S. Fish and Wildlife Service, and officials of those agencies for alleged violations of the Endangered Species Act are dismissed with prejudice.

4.    The Court retains jurisdiction to resolve disputes related to statutory costs and attorneys' fees and litigation expenses.

Dated:  May 13, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge