**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| LOS PADRES FORESTWATCH,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>   Defendants. | Case No.: CV 18-6958-MWF (MAAx)<br><br>**ORDER APPROVING STIPULATED FEE SETTLEMENT** |

 Plaintiff Los Padres ForestWatch ("Plaintiff") and Defendants the United States Forest Service and United States Fish and Wildlife Service *et al.* (collectively, "Defendants") entered into a Stipulated Fee Settlement Agreement ("Agreement") resolving attorneys' fees, costs, and other litigation expenses for this lawsuit. Now therefore, the Agreement is APPROVED, and for good cause, IT IS HEREBY ORDERED THAT:

 1. Plaintiff is entitled to an award of attorneys' fees and costs under the Endangered Species Act, 16 U.S.C. § 1540(g). Defendants shall pay Plaintiff a total of $60,000.00 for attorneys' fees, costs, and other litigation expenses for this lawsuit.

 2. Defendants shall make the payment required by Paragraph 1 and the agreed order below by electronic funds transfer to Environmental Defense Center, 906 Garden Street, Santa Barbara, California, 93101.

 3. Plaintiff agrees to furnish Defendants with the information necessary to effectuate the payment required by Paragraph 1 of this stipulation. Defendants agree to submit all necessary paperwork for the processing of the attorney's fees award to the Department of the Treasury's Judgment Fund Office within 10

business days of the Court's approval of this Agreement or the receipt of the information described in this Paragraph, whichever is later.

    4.    The Court retains jurisdiction to enforce the terms of the Agreement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

Dated: November 12, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge